**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH  MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Portia Shafer Carroll, et al. v. Bayer Corporation, et al.* | No. 09-cv-20158-DRH |
| *Heather Crawford, et al. v. Bayer Corporation, et al.* | No. 09-cv-20075-DRH |
| *Wanda Jean Elder, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12496-DRH |
| *Christian Hope Justice, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13310-DRH |
| *Ashley Land v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13064-DRH |
| *Ava Morton v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11092-DRH |
| *Mekia L. Powell v. Bayer Corporation, et al.* | No. 10-cv-20088-DRH |
| *Tarsha Pugh, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11043-DRH |
| *Kerri Willoughby, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12019-DRH |

**JUDGMENT IN A CIVIL CASE**

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on July 10, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

                                        JUSTINE FLANAGAN,
                                        ACTING CLERK OF COURT

                                        BY:   /s/*Caitlin Fischer*
                                                Deputy Clerk

**Dated:**  July 10, 2014

                            Digitally signed by
                            David R. Herndon
                            Date: 2014.07.10
                            14:35:46 -05'00'

**APPROVED:**
            **CHIEF JUDGE**
            **U. S. DISTRICT COURT**

2